## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:18-cv-2674

FRANK LEON,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

## COMPLAINT

NOW COMES Plaintiff, FRANK LEON ("Plaintiff"), by his attorneys, and hereby alleges the following against CAPITAL ONE BANK (USA), N.A. ("Defendant"):

### Nature of the Action

1. Plaintiff's Complaint arises under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

### Jurisdiction and Venue

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. 1391(b)(1) as the conduct giving rise to this action occurred in this district, as Plaintiff resides in this district and Defendant transacts business in this district.

### Parties

4. Plaintiff is a natural person residing in Loveland, Colorado.

5. Defendant is a business entity with headquarters located in Sioux Falls, South Dakota.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers

Factual Allegations

7. Defendant has been placing calls to telephone number (720) 468-12XX.

8. Telephone number (720) 468-12XX has been assigned to Plaintiff's cellular telephone.

9. These telephone calls are not for emergency purposes.

10. These telephone calls were in connection with an alleged credit card debt.

11. The alleged debt arises from transactions which were used primarily for personal, family, and/or household purposes.

12. Upon information and good faith belief, and in light of the frequency, number, nature, and character of these calls, and based on Defendant's representations to Plaintiff, Defendant used an automatic telephone dialing system to call Plaintiff's cell phone.

13. On or about April 9, 2018, Plaintiff spoke with one of Defendant's employees.

14. Plaintiff instructed Defendant's employee that he was falling behind on payments, and to stop calling his cell phone regarding his account.

15. Defendant continued to use an automatic telephone dialing system to call Plaintiff's cell phone after April 9, 2018.

16. Plaintiff estimates that between April 9, 2018, and September 4, 2018, Defendant called his cell phone at least one hundred seventy-six (176) times.

17. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

18. Defendant knew that it did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

19. Defendant intended to use an automatic telephone dialing system to place these calls and did so voluntarily, knowingly, and willfully.

20. Plaintiff felt annoyed and harassed by Defendant's calls.

## COUNT I
### Defendant Violated the Telephone Consumer Protections Act

21. Plaintiff repeats, reiterates and incorporates by reference into this cause of action the allegations set forth above with the same force and effect as if the same were set forth at length herein.

22. Defendant's actions alleged *supra* constitute numerous violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

23. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C). Defendant willfully used an automatic telephone dialing system to call Plaintiff's cell phone.

### Prayer for Relief

WHEREFORE, Plaintiff prays that judgment be entered against the Defendant for the following:

24. Statutory damages of $500.00 for each and every violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

25. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

26. Any other relief that this Honorable Court deems appropriate.

                                                Respectfully submitted,

Dated: October 19, 2018            /s/ Adam T. Hill
                                                Adam T. Hill
                                                KROHN & MOSS, LTD.
                                                10 N. Dearborn St., 3rd Fl.
                                                Chicago, Illinois 60602
                                                Telephone:  312-578-9428
                                                Telefax:  866-861-1390
                                                ahill@consumerlawcenter.com
                                                Attorneys for Plaintiff