**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-2674

FRANK LEON,

    Plaintiff,

    v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

**NOTICE OF SETTLEMENT**

    NOW COMES Plaintiff, FRANK LEON ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

    Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  January 15, 2019              RESPECTFULLY SUBMITTED,

                                                By: /s/ Adam T. Hill
                                                    Adam T. Hill
                                                    Attorney for Plaintiff
                                                    Krohn & Moss, Ltd.
                                                    10 N. Dearborn St
                                                    Suite 301
                                                    Chicago, IL 60602
                                                    Tel: (312) 578-9428 ext 242
                                                    Fax: (866) 861-1390
                                                    Email: ahill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

                By:     /s/ Adam T. Hill
                           Adam T. Hill
                           Attorney for Plaintiff