UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:18-cv-2674

FRANK LEON,

    Plaintiff,

    v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, FRANK LEON ("Plaintiff"), and Defendant, CAPITAL ONE BANK (USA), N.A., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: March 12, 2019                RESPECTFULLY SUBMITTED,

                                          By: /s/ Adam T. Hill
                                                Adam T. Hill
                                                Attorney for Plaintiff
                                                Krohn & Moss, Ltd.
                                                10 N. Dearborn St
                                                Suite 301
                                                Chicago, IL 60602
                                                Tel: (312) 578-9428 ext 242
                                                Fax: (866) 861-1390
                                                Email: ahill@consumerlawcenter.com

Dated: March 12, 2019  Respectfully Submitted,

By: /s/ Megan Maureen Farooqui
Megan Maureen Farooqui
Faegre Baker Daniels LLP
1470 Walnut Street, Suite 300
Boulder, CO 80302
Tel: (303) 447-7737
Fax: (303) 447-7800
Megan.farooqui@faegrebd.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, the foregoing was filed with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff