### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 18-cv-02674-REB-MEH

FRANK LEON,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

### ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before me on **Stipulation of Dismissal** [#17],[1] filed March 12, 2019. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#17], filed March 12, 2019, is approved;

    2. That plaintiff's claims against defendant are dismissed with prejudice, with each party to bear their own attorney fees and costs; and

    3. That this case is closed.

    Dated March 13, 2019, at Denver, Colorado.

    **BY THE COURT:**

    */s/ Robert E. Blackburn*
    Robert E. Blackburn
    United States District Judge

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.